RECEIVED
JAN 24 2008
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
JAN 29 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

FRANCISCO SN KAWAMOTO

**WARRANT FOR ARREST**

Case Number: CR-08-00004-006

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ FRANCISCO SN KAWAMOTO _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release      ☐ Probation           ☐ Supervised Release   ☐ Violation Notice
  Violation Petition      Violation Petition      Violation

charging him or her with   (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 5

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2 & 1028(a)(1); 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A), Counts 19 through 20

☐ in violation of Title _____ United States Code, Section(s) _____ *[signature: Marilyn B. Alcon]*

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | Signature of Issuing Officer |
|---|---|
| Name of Issuing Officer | |
| Deputy Clerk | 01/23/2008       Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Mongmong, Guam

| DATE RECEIVED  1/29/2008 | NAME AND TITLE OF ARRESTING OFFICER  Kenneth R. Flocks  Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  1/29/2008 | | |

ORIGINAL

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _FRANCISCO SN KAWAMOTO_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____