# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00004    DATE: January 29, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Virginia T. Kilgore |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 2:26:43 - 2:40:24 |
| CSO: J. McDonald | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: John W.C. Duenas | Attorney: Cynthia V. Ecube |
| Francisco SN Kawamoto | Stephanie Flores |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Ken Klocke, FBI |
| U.S. Probation: Carleen Borja | U.S. Marshal: T. Muna |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance and Arraignment**

- Financial Affidavits reviewed and accepted: <u>Cynthia V. Ecube for Mr. Duenas and Stephanie Flores for Mr. Kawamoto</u> appointed to represent the defendants.
- Defendants sworn and examined.
- Defendants arraigned and advised of their rights, charges and penalties.
- Defendants waive reading of <u>Indictment</u>.
- Defendants enter Pleas of <u>Not guilty</u> to charges contained in the indictment
- Trial set for: <u>March 25, 2008 at 9:30 A.M.</u>
- Defendants released on personal recognizance bond as recommended by pretrial services.

NOTES: