DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN W.C. DUENAS and<br>FRANCISCO S.N. KAWAMOTO,<br><br>Defendants. | CRIMINAL CASE   NO. 08-00004<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that attorney CYNTHIA V. ECUBE is appointed to represent defendant John W.C. Duenas, and attorney STEPHANIE G. FLORES is appointed to represent defendant Francisco S.N. Kawamoto in the above-entitled case.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Jan 29, 2008**