# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ GUAM

**UNITED STATES OF AMERICA**

## NOTICE

V.

**EUN YOUNG LEE aka EUN YOUNG CHO aka INA LEE, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN**

CASE NUMBER:  **CR-08-00004**

TYPE OF CASE:

☐ **CIVIL**      **X  CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

### STATUS HEARING

X  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 14, 2008 at 1:30 P.M. | CONTINUED TO DATE AND TIME<br><br>March 24, 2008 at 10:00 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 12, 2008

Virginia T. Kilgore

DATE

/s/ (BY) DEPUTY CLERK