

eunleeetalstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 1 4 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO CONTINUE STATUS HEARING |
| EUN YOUNG LEE aka Eun Young Cho, aka Ina Lee, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, | |
| Defendants. | |

The parties in the above-entitled matter, the United States of America, and the defendants through their counsels, hereby stipulate to continue the Status Hearing currently scheduled for March 24, 2008, and that it be rescheduled to March 31, 2008 at 9:30 a.m. Assistant U.S. Attorney Karon Johnson will be off-island from March 22 through March 29, 2008.

SO STIPULATED.

3/14/08
DATE

RICHARD ARENS
Attorney for Defendant Eun Young Lee

| | | |
|---|---|---|
| DATE 3/13/08 | | *[signature]* |
| | | MARK S. SMITH |
| | | Attorney for Defendant Marcelino Laserna |

| | | |
|---|---|---|
| DATE 3/13/08 | | *[signature]* |
| | | CYNTHIA ECUBE |
| | | Attorney for Defendant John W.C. Duenas |

| | | |
|---|---|---|
| DATE 3/13/08 | | *[signature]* |
| | | LEILANI V. LUJAN, |
| | | Attorney for Defendant Mary C. Garcia |

| | | |
|---|---|---|
| DATE 3/13/08 | | *[signature]* |
| | | LOUIE YANZA |
| | | Attorney for Defendant Joseph Pangelinan |

| | | |
|---|---|---|
| DATE 13 MARCH 08 | | *[signature]* |
| | | STEPHANIE G. FLORES |
| | | Attorney for Defendant Francisco Kawamoto |

| | | |
|---|---|---|
| DATE 13/3/08 | | *[signature]* |
| | | RAWLEN MANTANONA |
| | | Attorney for Defendant Margaret Untalan |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

| | | |
|---|---|---|
| DATE 3/13/08 | By: | *[signature]* |
| | | KARON V. JOHNSON |
| | | Assistant U.S. Attorney |