# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00004　　　　　　　　　　DATE: March 31, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　　Electronically Recorded: 10:06:07-10:23:53
Virginia T. Kilgore

**APPEARANCES:**

Defendant: Eun Young Lee　　　　　　　　Attorney: Richard Arens, FPD
　　　　　　Marcelino J. Lacerna　　　　　　　　　Mark Smith, CJA Appointed
　　　　　　John W. C. Duenas (not present)　　　　Cynthia Ecube, CJA Appointed
　　　　　　Mary C. Garcia (not present)　　　　　Delia Lujan, Retained
　　　　　　Joseph Pangelinan　　　　　　　　　　Louie Yanza, CJA Appointed
　　　　　　Francisco SN Kawamoto　　　　　　　Stephanie Flores, CJA Appointed
　　　　　　Margaret B. Untalan　　　　　　　　　Rawlen Mantanona, CJA Appointed

☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Pretrial Conference and Hearing on All Motions/Status Hearing**

- Motions to continue trial date and deadlines granted.
- Court executed an amended trial scheduling order.
- Defendants released as previously ordered.
- The court found that the ends of justice was served by continuing the trial and outweighs the best interest of the public and the defendants in a speedy trial. The period of time beginning today until May 27, 2008 is excluded from the speedy trial clock.

NOTES: