LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE, aka Eun Young Cho, aka Ina Lee, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, | ) | |
| Defendants. | ) | |

I hereby certify that on May 6, 2008, I electronically filed United States Trial Memorandum with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 6, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Mark Smith                              Delia Lujan
Suite 102-D                             Suite 300, DNA Bldg.
456 W. O'Brien Drive                    238 Archbishop Flores St.
Hagatna, Guam 96910                     Hagatna, Guam 96910

//

//

Rawlen Mantanona
2nd Floor, Edge Building
929 S. Marine Corps Drive.
Tamuning, Guam 96910

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By:  /S/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney