| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
| | United States Attorney |
| 2 | KARON V. JOHNSON |
| | Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500 |
| | 108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910-5059 |
| | TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7215 |
| 6 | Attorney's for the United States of America |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| EUN YOUNG LEE, | ) | |
| aka Eun Young Cho, aka Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DUENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on May 6, 2008, I electronically filed United States Witness List with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 6, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

| | |
|---|---|
| Mark Smith | Delia Lujan |
| Suite 102-D | Suite 300, DNA Bldg. |
| 456 W. O'Brien Drive | 238 Archbishop Flores St. |
| Hagatna, Guam 96910 | Hagatna, Guam 96910 |

//

//

Rawlen Mantanona
2nd Floor, Edge Building
929 S. Marine Corps Drive.
Tamuning, Guam 96910

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and NMI

                            By:   /S/ Karon V. Johnson
                                  KARON V. JOHNSON
                                  Assistant U.S. Attorney