1  EYLeetrialver

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam  96910
   Telephone:  (671) 472-7332/7283
6  Telecopier:  (671) 472-7334

7  Attorneys for the United States of America

8
                IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE TERRITORY OF GUAM
10
   UNITED STATES OF AMERICA,      )  CRIMINAL CASE NO. 08-00004
11                                 )
                  Plaintiff,       )
12                                 )
              vs.                  )  **UNITED STATES PROPOSED**
13                                 )  **VERDICT FORMS**
   EUN YOUNG LEE,                  )
14      aka Eun Young Cho,         )
        aka Ina Lee,               )
15  MARCELINO J. LASERNA,          )
   JOHN W.C. DUENAS,               )
16  MARY C. GARCIA,                )
   JOSEPH PANGELINAN,              )
17  FRANCISCO SN KAWAMOTO, and     )
   MARGARET B.  UNTALAN,           )
18                                 )
                  Defendants.      )
19  _____)

20         COMES NOW the United States and provides the proposed Verdict Forms for use

21  concerning the defendants listed above..

22         Respectfully submitted this  13th  day of May, 2008.

23                                    LEONARDO M. RAPADAS
                                      United States Attorney
24                                    Districts of Guam and NMI

25
                              By:     /S/ Karon V. Johnson
26                                    KARON V. JOHNSON
                                      Assistant U.S. Attorney
27

28                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>08-00004-01</u> |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES PROPOSED** |
| | ) | **VERDICT FORMS** |
| EUN YOUNG LEE, | ) | |
| aka Eun Young Cho, | ) | |
| aka Ina Lee, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit

Fraud in Connection with Identification Documents,

     /    /      NOT GUILTY

     /    /      GUILTY

### COUNT II - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit

Fraud in Connection with Identification Documents,

     /    /      NOT GUILTY

     /    /      GUILTY

### COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD

2

**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY


**COUNT IV - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY


**COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY


**COUNT VI - CRIMINAL CONSPIRACY TO COMMIT FRAUD**

3

**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

**COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

**COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

**COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

4

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /          NOT GUILTY

/    /          GUILTY

**COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /          NOT GUILTY

/    /          GUILTY

**COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /          NOT GUILTY

/    /          GUILTY

**COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

5

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

        /     /       NOT GUILTY

        /     /       GUILTY

**COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

        /     /       NOT GUILTY

        /     /       GUILTY

**COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

        /     /       NOT GUILTY

        /     /       GUILTY

**COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

6

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

          /      /           NOT GUILTY

          /      /           GUILTY

**COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

          /      /           NOT GUILTY

          /      /           GUILTY

**COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

          /      /           NOT GUILTY

          /      /           GUILTY

**COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

7

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

## COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

## COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

## COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

8

LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

**COUNT XXII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

**COUNT XXIII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. <u>08-00004-02</u> |
| Plaintiff, | ) |
| vs. | ) **UNITED STATES PROPOSED** |
| | ) **VERDICT FORMS** |
| MARCELINO J. LASERNA, | ) |
| Defendant. | ) |

## COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD
## IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO

J. LASERNA, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY

## COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO

J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY

## COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO

J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

10

Connection with Identification Documents,

/ /     NOT GUILTY

/ /     GUILTY

**COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ /     NOT GUILTY

/ /     GUILTY

**COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ /     NOT GUILTY

/ /     GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,   )  CRIMINAL CASE NO. <u>08-00004-03</u>

11

|                     |   |
|---------------------|---|
| Plaintiff,          | ) |
|                     | ) |
| vs.                 | ) |
|                     | ) |
| JOHN W.C. DUENAS,   | ) |
|                     | ) |
| Defendant.          | ) |
| _____| ) |

**UNITED STATES PROPOSED
VERDICT FORMS**

**COUNT II - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C.

DUENAS, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY

**COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C.

DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection

with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY

**COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C.

DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection

12

with Identification Documents,

/   /       NOT GUILTY

/   /       GUILTY

**COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C.

DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection

with Identification Documents,

/   /       NOT GUILTY

/   /       GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO.  08-00004-04
                                 )
            Plaintiff,           )

13

|   |   |   |
|---|---|---|
| vs. | ) | **UNITED STATES PROPOSED VERDICT FORMS** |
| MARY C. GARCIA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

    /    /        NOT GUILTY

    /    /        GUILTY

## COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

    /    /        NOT GUILTY

    /    /        GUILTY

## COUNT XXII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

14

1          /     /        NOT GUILTY

2          /     /        GUILTY

3

4

5    **COUNT XXIII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

6          We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C.

7    GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection

8    with Identification Documents,

9          /     /        NOT GUILTY

10         /     /        GUILTY

11

12         DATED this _____ of June, 2008, at Hagatna, Guam.

13

14

15                              _____

                                FOREPERSON

16

17

18

19

20

21

22

23

24                    IN THE UNITED STATES DISTRICT COURT

25                      FOR THE TERRITORY OF GUAM

26    UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO.  08-00004-05
                                       )
27              Plaintiff,             )

28                              15

vs.                                              )                    **UNITED STATES PROPOSED**
                                                 )                    **VERDICT FORMS**
JOSEPH PANGELINAN,                               )
                                                 )
               Defendant.                        )
_____)

## COUNT IV - CRIMINAL CONSPIRACY TO COMMIT FRAUD
## IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

       /    /      NOT GUILTY

       /    /      GUILTY

## COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

       /    /      NOT GUILTY

       /    /      GUILTY

## COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

| | | |
|---|---|---|
| / | / | NOT GUILTY |
| / | / | GUILTY |

## COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

| | | |
|---|---|---|
| / | / | NOT GUILTY |
| / | / | GUILTY |

DATED this _____ of June, 2008, at Hagatna, Guam.


_____
FOREPERSON


IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,      )    CRIMINAL CASE NO. <u>08-00004-06</u>
                               )
             Plaintiff,          )
                               )
          vs.                   )    **UNITED STATES PROPOSED**

17

FRANCISO SN  KAWAMOTO,                    )          **VERDICT FORMS**
                                                            )
                                                            )
                                   Defendant.          )
_____)

## COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD
## IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy

to Commit Fraud in Connection with Identification Documents,

/     /        NOT GUILTY

/     /        GUILTY

## COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/     /        NOT GUILTY

/     /        GUILTY

## COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/     /        NOT GUILTY

18

1        /   /      GUILTY

3      DATED this _____ of June, 2008, at Hagatna, Guam.

6                                    _____
                                     FOREPERSON

22                    IN THE UNITED STATES DISTRICT COURT

23                      FOR THE TERRITORY OF GUAM

24   UNITED STATES OF AMERICA,    )  CRIMINAL CASE NO. 08-00004-07
                                  )
25              Plaintiff,        )
                                  )
26          vs.                   )  **UNITED STATES PROPOSED**
                                  )  **VERDICT FORMS**
27                                )

28                                      19

MARGARET B. UNTALAN,                    )
                                        )
            Defendant.                  )
_____)

## COUNT VI - CRIMINAL CONSPIRACY TO COMMIT FRAUD
## IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

B. UNTALAN, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

        /   /      NOT GUILTY

        /   /      GUILTY

## COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

B. UNTALAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

        /   /      NOT GUILTY

        /   /      GUILTY

## COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

B. UNTALAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

        /   /      NOT GUILTY

20

/ / GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON