1  garcia.stp



2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

MAY 1 3 2008

JEANNE G. QUINATA
Clerk of Court

7  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004-4 |
| Plaintiff, | **STIPULATION OF PARTIES CONCERNING DEFENDANT'S HANDWRITING** |
| vs. | |
| MARY C. GARCIA, | |
| Defendant. | |

The parties agree and hereby stipulate that defendant Mary C. Garcia's handwriting appears at the top of the Guam driver's license applications and license numbers:

//
//
//
//
//
//
//

-1-

Case 1:08-cr-00004   Document 125   Filed 05/13/2008   Page 1 of 2

| | | | |
|---|---|---|---|
| Kil Ja LEE | 122 810 8105 | Keun Seok BANG | 122 810 2441 |
| Jin Woo PARK | 122 810 8151 | Kyung Ja PARK | 122 811 0900 |
| Jum Soo PARK | Learner's permit. | | |

SO STIPULATED.

DATED: _____

_____
DELIA S. LUJAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5/5/08         By: _____
KARON V. JOHNSON
Assistant U.S. Attorney