LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00004 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE, et. al., | ) |
| Defendants. | ) |

    I hereby certify that on May 14, 2008, I electronically filed the following document: United States Motion for Pretrial Evidentiary Rulings with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 14, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

| | |
|---|---|
| Rawlen Mantanona | Mark Smith |
| 2nd Floor Edge Bldg. | Suite 102-D |
| 929 South Marine Corps Drive | 456 West O'Brien Drive |
| Tamuning, Guam 96913 | Hagatna, Guam 96910 |

Delia Lujan
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910

                                                   LEONARDO M. RAPADAS
                                                   United States Attorney
                                                   Districts of Guam and NMI

                                          By:  /s/ Karon V. Johnson
                                                   KARON V. JOHNSON
                                                   Assistant U.S. Attorney