THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Marcelino J. Laserna*

**FILED**
DISTRICT COURT OF GUAM

MAY 1 4 2008 p.d.

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: CR08-00004 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF JOINDER** |
| MARCELINO J. LASERNA ) | |
| Defendant. ) | |

## JOINDER

**COMES NOW**, Defendant, Marcelino J. Laserna, through his attorney of record, Mark S. Smith, Esq., and hereby joins Defendant Joseph Pangelinan's Exhibit List, Witness List, Proposed Jury Voir Dire Questions, Proposed and Supplemental Jury Instructions.

Defendant reserves the right to supplement the above-referenced Exhibit List, Witness List, Proposed and Supplemental Jury Instructions and to incorporate the U.S. Government's Exhibits and its Proposed Jury Instructions.

Dated this 14th day of May, 2008.

LAW OFFICES OF MARK S. SMITH

By: _____
MARK S. SMITH, ESQ.
Attorney for Defendant, *Marcelino J. Laserna*