EYLeetrial.exh3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES SECOND** |
| | ) | **AMENDED EXHIBIT LIST** |
| EUN YOUNG LEE, | ) | |
| aka Eun Young Cho, | ) | |
| aka Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DUENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| Defendants. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed

exhibits to be introduced in its case-in-chief:

Respectfully submitted this __16th__ day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI


By:    /s/ Karon V. Johnson_____
KARON V. JOHNSON
Assistant U.S. Attorney

1

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 1) | Applicable Guam Statutes, Attorney General's Opinion | _____ | _____ |
| 2) | Licenses issued 1/01/02-1/18/06 by ITIN designation | _____ | _____ |
| 3) | Licenses issued 1/01/02-1/18/06 by ITIN, address | _____ | _____ |
| 4) | Licenses issued 1/01/02-1/18/06 by examination info | _____ | _____ |
| 5) | MVD computer designated codes | _____ | _____ |
| 6) | License exam history files, sorted by record key | _____ | _____ |
| 7) | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 | _____ | _____ |
| 8) | Photographs of meeting at MVD, Mike Park, Sane Mee Chun and Eun Young Lee 3/29/05 | _____ | _____ |
| 9) | MVD file of Sang Mee Chun | _____ | _____ |
| 10) | MVD file of Mike Park | _____ | _____ |
| 11) | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 | _____ | _____ |
| 12) | Guam driver's licenses issued to Sang Mee Chun and Mike Park | _____ | _____ |
| 13) | Redacted IRS W-7 applications and reports concerning certain ITINs | _____ | _____ |
| 14) | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number,  ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license | _____ | _____ |
| 15) | Blank original ITIN letter used by IRS until 12/17/03 | _____ | _____ |
| 16) | Sample of ITIN letter issued by IRS after 12/17/03 | _____ | _____ |
| 17) | MVD file of Sung Min SHIN | _____ | _____ |
| 18) | MVD file of Ki Cheol | _____ | _____ |
| 19) | MVD file of Jung Soo YANG | _____ | _____ |

2

| | | |
|---|---|---|
| 20) | MVD file of Young Min KO | _____ | _____ |
| 21) | MVD file of Geun Jae LEE | _____ | _____ |
| 22) | MVD file of Seung Pill CHOI | _____ | _____ |
| 23) | MVD file of Dong Pyo HONG | _____ | _____ |
| 24) | MVD file of Mi Ra KIM | _____ | _____ |
| 25) | MVD file of Deuk Soon CHOI | _____ | _____ |
| 26) | MVD file of Chun Ja CHO | _____ | _____ |
| 27) | MVD file of Jong Yeon HWANG | _____ | _____ |
| 28) | MVD file of Jun Sung MIN | _____ | _____ |
| 29) | MVD file of Hae Sook KANG | _____ | _____ |
| 30) | MVD file of Jae Min LEE | _____ | _____ |
| 31) | MVD file of Tae Kwun JUNG | _____ | _____ |
| 32) | MVD file of Won Il KOH | _____ | _____ |
| 33) | MVD file of In Hwan CHO | _____ | _____ |
| 34) | MVD file of Hyuk Su KANG | _____ | _____ |
| 35) | MVD file of Myung Sug KIM | _____ | _____ |
| 36) | MVD file of Jae Hoan SEOK | _____ | _____ |
| 37) | MVD file of Tae Ho KIM | _____ | _____ |
| 38) | MVD file of Hak Ja PARK | _____ | _____ |
| 39) | MVD file of Sung Kyu HONG | _____ | _____ |
| 40) | MVD file of Ok Sun KIM | _____ | _____ |
| 41) | MVD file of Tong Hun LEE | _____ | _____ |
| 42) | MVD file of Tae Sung CHOI | _____ | _____ |
| 43) | MVD file of Yu Suk KANG | _____ | _____ |
| 44) | MVD file of Yeong Beom GIM | _____ | _____ |
| 45) | MVD file of Ang Mi CHOI | _____ | _____ |
| 46) | MVD file of  Sung Jun HAN | _____ | _____ |

3

47) MVD file of Dong Sik JUNG _____ _____

48) MVD file of Ji Eon LEE _____ _____

49) MVD file of Min Chul LEE _____ _____

50) MVD file of Young Nam KIM _____ _____

51) MVD file of Jung Ja OH _____ _____

52) MVD file of Sang Jin PARK _____ _____

53) MVD file of Ha Young KIM _____ _____

54) MVD file of You Soon KIM _____ _____

55) MVD file of Sang C RYU _____ _____

56) MVD file of Jeong Min HAM _____ _____

57) MVD file of  Jung Il CHAE _____ _____

58) MVD file of Haeng Hwa LEE _____ _____

59) MVD file of Sang Ho KIM _____ _____

60) MVD file of Mi Jung KIM _____ _____

61) MVD file of Dongmi KANG _____ _____

62) MVD file of Sung Hun KANG _____ _____

63) MVD file of Kil Ja LEE _____ _____

64) MVD file of Keun Seok BANG _____ _____

65) MVD file of Jin Woo PARK _____ _____

66) MVD file of Kyung Ja PARK _____ _____

67) MVD file of Jum Soo PARK _____ _____

68) Application summary chart for Laserna _____ _____

69) Application summary chart for Pangelinan _____ _____

70) Application summary chart for Untalan _____ _____

71) Application summary chart for Duenas _____ _____

72) Application summary chart for Kawamoto _____ _____

4

73) Application summary chart for Garcia          _____    _____

74) Guam driver's licenses from arrested persons    _____    _____

75) Lee's affirmation of handwriting on applications   _____    _____

76) Laserna's affirmation of handwriting on applications   _____    _____

77) Untalan's affirmation of handwriting on applications   _____    _____

78) Kawamoto's affirmation of handwriting on applications   _____    _____

79) Duenas'a affirmation of handwriting on applications   _____    _____

80) Pangelinan's affirmation of handwriting on applications   _____    _____

81) Pangelinan's identification of  ITIN letters    _____    _____

82) Garcia's affirmation of handwriting on applications   _____    _____

83) ITIN Letter given to Sang Ho Kim by Lee on 1/31/05   _____    _____

84) ITIN Letter given to Jae Hoan Seok by Lee on 11/30/04   _____    _____

5