CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

MAY 22 2008 RD.

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR08-00004 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT MARGARET B.** |
| | ) | **UNTALAN'S JOINDER IN CO-** |
| v. | ) | **DEFENDANTS DUENAS, GARCIA,** |
| | ) | **PANGELINAN, AND KAWAMOTO'S** |
| MARGARET B. UNTALAN, et al., | ) | **OPPOSITION TO GOVERNMENT'S** |
| | ) | **MOTIONS IN LIMINE; CERTIFICATE** |
| Defendant. | ) | **OF SERVICE** |
| | ) | |

Defendant Margaret B. Untalan hereby joins and adopts on behalf of herself, Co-

Defendants John W.C. Duenas, Mary C. Garcia, Joseph Pangelinan, and Francisco SN

Kawamoto's Opposition to Government's Motions in Limine filed on or before May 22,

2008.

Dated this 22nd day of May, 2008.

CABOT MANTANONA LLP
*Attorneys for Margaret B. Untalan*

By: _____
RAWLEN M.T. MANTANONA

ORIGINAL

## CERTIFICATE OF SERVICE

I, Rawlen M.T. Mantanona, certify that I caused a copy of DEFENDANT

MARGARET B. UNTALAN'S JOINDER IN CO-DEFENDANTS DUENAS, GARCIA,

PANGELINAN, AND KAWAMOTO'S OPPOSITION TO GOVERNMENT'S MOTIONS IN

LIMINIE to be faxed and/or served on the following individuals on May 22, 2008.

Karon V. Johnson
**OFFICE OF THE U.S. ATTORNEY**
108 Hernan Cortes Ave.
Sirena Plaza, 6th Floor
Hagatna, Guam 96910

Richard Arens
**FEDERAL PUBLIC DEFENDER**
400 Rte. 8 Suite 501
Mongmong, 96910

Mark S. Smith
**LAW OFFICES OF MARK S. SMITH**
456 W. O'Brien Dr.
Ste. 102-D
Hagatna, Guam 96910

Cynthia V. Ecube
**LAW OFFICES OF CYNTHIA V. ECUBE**
207 Martyr St., Ste. 3
Travel Pacificana Bldg.
Hagatna, Guam 96910

Leilani Lujan
**LUJAN, AGUIGUI & PEREZ, LLP**
Pacific News Building, Ste. 300
238 Archbishop Flores St.
Hagatna, Guam 96910

Louie J. Yanza
**MAHER YANZA FLYNN TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Flores Bldg.
Hagatna, Guam 96910

Stephanie Flores
**LAW OFFICES OF STEPHANIE G. FLORES**
Suite 202, Quan Bldg.
324 W. Soledad Ave.
Hagatna, Guam 96910


Dated this 22nd day of May, 2008.

CABOT MANTANONA LLP
*Attorneys for Margaret B. Untalan*

By: _____
RAWLEN M.T. MANTANONA


RMTM:scc
G:\Stacy\active clients\Untalan, Margaret\joinder in co defendants opp to mtn in limine.doc