DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **EUN YOUNG LEE, MARCELINO J. LASERNA, JOHN W. C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO S.N. KAWAMOTO, MARGARET B. UNTALAN,** | |
| Defendants. | |

I hereby certify that on the 19th day of May, 2008, I emailed the attached general voir dire questionnaire to all counsel of record in the above-entitled criminal case.

Dated this 23 May 2008.

_____/s/_____
Carmen B. Santos, Deputy Clerk

Pool No. _____

AFTER JURY SELECTION, <u>PLEASE</u> RETURN YOUR QUESTIONNAIRE TO THE CLERK'S OFFICE.
THANK YOU!

## VOIR DIRE QUESTIONS (TO BE ASKED BY THE COURT)

1. NAME: _____

2. OCCUPATION: _____

3. NAME OF EMPLOYER: _____

4. EDUCATIONAL BACKGROUND:

Did you complete high school?_____ If not, what grade did you leave school? _____

Did you go to college? _____

Your major?_____

5. HAVE YOU EVER HAD ANY LAW ENFORCEMENT TRAINING?_____

   IF "YES", WHAT KIND OF TRAINING?_____

   _____

6. ARE YOU MARRIED OR SINGLE?_____

7. YOUR SPOUSE'S OCCUPATION?_____

8. SPOUSE'S EMPLOYER?_____

9. CHILDREN AND THEIR AGES:_____

   _____

   _____

   _____

**10. CHILDREN'S EMPLOYER: (IF APPLICABLE)** _____

_____

_____

**11. HAVE YOU EVER SERVED IN THE MILITARY? HAS ANY MEMBER OF YOUR FAMILY EVER SERVED IN THE MILITARY? WHAT BRANCH OF SERVICE AND DATES?** _____

_____

_____

**12. HAVE YOU SERVED AS A JUROR BEFORE?** _____

      HOW MANY TIMES? _____

      SUPERIOR COURT OR DISTRICT COURT? _____

      CIVIL OR CRIMINAL CASE? _____

      DID THE JURY REACH A VERDICT? _____