LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

EYLeetrial.exh4

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>EUN YOUNG LEE,<br>　　aka Eun Young Cho,<br>　　aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN,<br>　　　　　Defendants. | CRIMINAL CASE NO. 08-00004<br><br>**UNITED STATES TO SUBSTITUTE EXHIBITS** |

　　COMES NOW the United States and hereby substitutes the following exhibits:

Exhibit 1 has had additional documents added and Exhibits 6, 14, 17, 18, 20, 35, 36, 37, 38, 43, 44, 45 and 49 are clearer, color copies.

　　Respectfully submitted this __23rd__ day of May, 2008.

　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Districts of Guam and CNMI


　　　　　　　　　　　　　　By:　　/s/ Karon V. Johnson
　　　　　　　　　　　　　　　　　　KARON V. JOHNSON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney