LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

EYLeetrial.exh4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | |
| vs. | **AMENDED UNITED STATES TO SUBSTITUTE EXHIBITS** |
| EUN YOUNG LEE, aka Eun Young Cho, aka Ina Lee, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, | |
| Defendants. | |

COMES NOW the United States and hereby substitutes the following exhibits:

Exhibits 1 and 6 have additional documents added and Exhibits 14, 17, 18, 20, 35, 36, 37, 38, 43, 44, 45 and 49 are clearer, color copies.

Respectfully submitted this  23rd  day of May, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and CNMI

By:   /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney