1  LAW OFFICE OF CYNTHIA V. ECUBE, ESQ. P.C.
   A Professional Corporation
2  207 Martyr Street, Suite 3
3  Hagåtña, Guam 96910
   Telephone: (671) 472-8889/922-8889
4  Telecopier: (671) 472-8890
   Email address: ecubelaw@netpci.com
5
6  Attorney for Defendant
   JOHN W. C. DUENAS
7

**FILED**
DISTRICT COURT OF GUAM

MAY 23 2008 ᵖ·ᵈ·

JEANNE G. QUINATA
Clerk of Court

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR08-00004 |
| Plaintiff, | |
| vs. | NOTICE OF JOINDER |
| JOHN W. C. DUENAS, | |
| Defendant. | |

**COMES NOW,** the Defendant, **JOHN W. C. DUENAS**, by through his Court appointed counsel, **CYNTHIA V. ECUBE, ESQ.**, and hereby joins in with Co-Defendant, **MARGARET B. UNTALAN, JOSEPH PANGELINAN, MARY C. GARCIA, AND FRANCISCO KAWAMOTO'S** Opposition to Government's Motion in Limine, herein.

DATED this 22ˢᵗ day of May, 2008.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By:
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant
JOHN W. C. DUENAS

CVE/abs
L:\...\CVE-CLIENTS\Duenas, John W. C.\Notice of Joinder 5.22.08

**ORIGINAL**

1

2

3

## CERTIFICATE OF SERVICE

4

I, **AMBER SANCHEZ**, Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C.,

5

hereby certify that on the 22ⁿᵈ day of May, 2008, I caused to be served by facsimile and personal service

6

a copy of the "Notice of Joinder" in Criminal Case No. : CR08-00004.

7

**KARON V. JOHNSON, ESQ.**
Assistant U. S. Attorney

8

U. S. Attorney's Office
Sirena Plaza, Suite 500

9

108 Hernan Cortez Avenue
Hagåtña, Guam 96910

10

Facsimile No. 472-7334
Attorney for the Government

11

**MARK S. SMITH, ESQ.**

12

Law Office of Mark S. Smith
456 W. O'Brien Drive, Suite 102-D

13

Hagåtña, Guam 96910
Facsimile No. 477-8831

14

Counsel for Defendant Marcelino J. Laserna

15

**MR. RICHARD ARENS**
Federal Public Defender

16

501 First Hawaiian Bank Building 400 Route 8
Mongmong, Guam 96910

17

Facsimile No. 472-7120
Counsel for Defendant Eun Young Lee

18

**LOUIE J. YANZA, ESQ.**

19

Maher.Yanza.Flynn.Timblin, LLP
115 Hesler Place, Ground Floor

20

Governor Joseph Flores Building
Hagåtña, Guam 96910

21

Facsimile No. 472-5487
Counsel for Defendant Joseph Pangelinan

22

**RAWLEN M. T. MANTANONA, ESQ.**

23

Cabot Mantanona, LLP
Edge Building Second Floor

24

929 South Marine Corps Drive
Tamuning Guam, 96913

25

Facsimile No. 646-0777
Counsel for Defendant Margaret B. Untalan

26

27

28

1

2

**STEPHANIE G. FLORES, ESQ.**
Quan & Lopez, LLP
Quan Building, Suite 202
#324 Soledad Avenue
Hagåtña, Guam 96910
Facsimile No. 479-1002
Counsel for Francisco Kawamoto

**LEILANI V. LUJAN, ESQ.**
Lujan Aguigui & Perez LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Facsimile No. 477-5297
Counsel for Mary C. Garcia

AMBER SANCHEZ

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28