THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Marcelino J. Laserna*

FILED
DISTRICT COURT OF GUAM

MAY 23 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: CR08-00004 |
| Plaintiff, | |
| vs. | NOTICE OF JOINDER |
| MARCELINO J. LASERNA | |
| Defendant. | |

## JOINDER

**COMES NOW**, Defendant, Marcelino J. Laserna, through his attorney of record, Mark S. Smith, Esq., and hereby joins in with Co-Defendant, Margaret B. Untalan, Joseph Pangelinan, Mary C. Garcia and Francisco Kawamoto's Opposition to the United States Trial Memorandum filed on May 6, 2008.

Dated this 23rd day of May, 2008.

LAW OFFICES OF MARK S. SMITH

By: _____
MARK S. SMITH, ESQ.
Attorney for Defendant, *Marcelino J. Laserna*