LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I hereby certify that on June 2, 2008, I electronically filed the following document: United States Response to Court's Proposal to Redact Indictment and United States Response to Defendant's Proposed § 1028 Jury Instruction with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 2, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Rawlen Mantanona  
2nd Floor Edge Bldg.  
929 South Marine Corps Drive  
Tamuning, Guam 96913

Mark Smith  
Suite 102-D  
456 West O'Brien Drive  
Hagatna, Guam 96910

Leilani Lujan  
Suite 300, DNA Bldg.  
238 Archbishop Flores St.  
Hagatna, Guam 96910

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI

By: /s/ Karon V. Johnson  
KARON V. JOHNSON

Assistant U.S. Attorney