EYLee.Exh4

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES ABSOLUTELY FINAL EXHIBIT LIST** |
| EUN YOUNG LEE,<br>    aka Eun Young Cho,<br>    aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN, | ) | |
| Defendants. | ) | |

COMES NOW the United States and hereby files with the Court its final exhibit list, which includes:

1) amended Exhibits 1, 13, 14, 16;

2) amended Exhibits 68, 69, 70, 71, 72 and 73;

3) amended Exhibit 82, which now includes the stipulation of parties concerning Mary Garcia's handwriting at the top of five applications.

1

The government would note that some of the applications were mislabeled, and should read as follows:

Exhibit 31, MVD file of Tae Kwun Jang

Exhibit 36, MVD file of Jae Hoan Seok

Exhibit 57: MVD file of Mi Jung Kim

Exhibit 58: MVD file of Jung Il Chae

Exhibit 59: MVD file of Haeng Hwa Lee

Exhibit 60: MVD file of Sang Ho Kim.

Respectfully submitted this <u>6th</u> day of June, 2008.

                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and CNMI

By:   <u>/s/ Karon V. Johnson</u>
       KARON V. JOHNSON
       Assistant U.S. Attorney

2

**UNITED STATES' EXHIBIT LIST**

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Applicable Guam Statutes, Attorney General's Opinion | _____ | _____ |
| 2) | Licenses issued 1/01/02-1/18/06 by ITIN designation | _____ | _____ |
| 3) | Licenses issued 1/01/02-1/18/06 by ITIN, address | _____ | _____ |
| 4) | Licenses issued 1/01/02-1/18/06 by examination information | _____ | _____ |
| 5) | MVD computer designated codes | _____ | _____ |
| 6) | License exam history files, sorted by record key | _____ | _____ |
| 7) | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 | _____ | _____ |
| 8) | Photographs of meeting at MVD, Mike Park, Sang Mee Chun & Eun Young Lee 3/29/05 | _____ | _____ |
| 9) | MVD file of Sang Mee Chun | _____ | _____ |
| 10) | MVD file of Mike Park | _____ | _____ |
| 11) | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 | _____ | _____ |
| 12) | Guam driver's licenses issued to Sang Mee Chun and Mike Park | _____ | _____ |
| 13) | Redacted IRS W-7 applications and reports concerning certain ITINs | _____ | _____ |
| 14) | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license | _____ | _____ |
| 15) | Blank original ITIN letter used by IRS until 12/17/03 | _____ | _____ |
| 16) | Sample of ITIN letter issued by IRS after 12/17/03 | _____ | _____ |
| 17) | MVD file of Sung Min SHIN | _____ | _____ |
| 18) | MVD file of Ki Cheol HAN | _____ | _____ |

3

| | | | |
|---|---|---|---|
| 1 | 19) | MVD file of Jung Soo YANG | _____ _____ |
| 2 | 20) | MVD file of Young Min KO | _____ _____ |
| 3 | 21) | MVD file of Geun Jae LEE | _____ _____ |
| 4 | 22) | MVD file of Seung Pill CHOI | _____ _____ |
| 5 | 23) | MVD file of Dong Pyo HONG | _____ _____ |
| 6 | 24) | MVD file of Mi Ra KIM | _____ _____ |
| 7 | 25) | MVD file of Deuk Soon CHOI (Pereda) | _____ _____ |
| 8 | 26) | MVD file of Chun Ja CHO | _____ _____ |
| 9 | 27) | MVD file of Jong Yeon HWANG | _____ _____ |
| 10 | 28) | MVD file of Jun Sung MIN | _____ _____ |
| 11 | 29) | MVD file of Hae Sook KANG | _____ _____ |
| 12 | 30) | MVD file of Jae Min LEE | _____ _____ |
| 13 | 31) | MVD file of Tae Kwun JUNG | _____ _____ |
| 14 | 32) | MVD file of Won Il KOH | _____ _____ |
| 15 | 33) | MVD file of In Hwan CHO | _____ _____ |
| 16 | 34) | MVD file of Hyuk Su KANG | _____ _____ |
| 17 | 35) | MVD file of Myung Sug KIM | _____ _____ |
| 18 | 36) | MVD file of Jae Hoan SEOK | _____ _____ |
| 19 | 37) | MVD file of Tae Ho KIM | _____ _____ |
| 20 | 38) | MVD file of Hak Ja PARK | _____ _____ |
| 21 | 39) | MVD file of Sung Kyu HONG | _____ _____ |
| 22 | 40) | MVD file of Ok Sun KIM | _____ _____ |
| 23 | 41) | MVD file of Tong Hun LEE | _____ _____ |
| 24 | 42) | MVD file of Tae Sung CHOI | _____ _____ |
| 25 | 43) | MVD file of Yu Suk KANG | _____ _____ |
| 26 | 44) | MVD file of Yeong Beom GIM | _____ _____ |
| 27 | 45) | MVD file of Ang Mi CHOI | _____ _____ |

| | | | | |
|---|---|---|---|---|
| 1 | 46) | MVD file of Sung Jun HAN | _____ | _____ |
| 2 | 47) | MVD file of Dong Sik JUNG | _____ | _____ |
| 3 | 48) | MVD file of Ji Eon LEE | _____ | _____ |
| 4 | 49) | MVD file of Min Chul LEE | _____ | _____ |
| 5 | 50) | MVD file of Young Nam KIM | _____ | _____ |
| 6 | 51) | MVD file of Jung Ja OH | _____ | _____ |
| 7 | 52) | MVD file of Sang Jin PARK | _____ | _____ |
| 8 | 53) | MVD file of Ha Young KIM | _____ | _____ |
| 9 | 54) | MVD file of You Soon KIM | _____ | _____ |
| 10 | 55) | MVD file of Sang C RYU | _____ | _____ |
| 11 | 56) | MVD file of Jeong Min HAM | _____ | _____ |
| 12 | 57) | MVD file of Mi Jung KIM | _____ | _____ |
| 13 | 58) | MVD file of Jung Il CHAE | _____ | _____ |
| 14 | 59) | MVD file of Haeng Hwa LEE | _____ | _____ |
| 15 | 60) | MVD file of Sang Ho KIM | _____ | _____ |
| 16 | 61) | MVD file of Dong Mi KANG | _____ | _____ |
| 17 | 62) | MVD file of Sung Hun KANG | _____ | _____ |
| 18 | 63) | MVD file of Kil Ja LEE | _____ | _____ |
| 19 | 64) | MVD file of Keun Seok BANG | _____ | _____ |
| 20 | 65) | MVD file of Jin Woo PARK | _____ | _____ |
| 21 | 66) | MVD file of Kyung Ja PARK | _____ | _____ |
| 22 | 67) | MVD file of Jum Soo PARK | _____ | _____ |
| 23 | 68) | Application summary chart for Laserna | _____ | _____ |
| 24 | 69) | Application summary chart for Pangelinan | _____ | _____ |
| 25 | 70) | Application summary chart for Untalan | _____ | _____ |
| 26 | 71) | Application summary chart for Duenas | _____ | _____ |
| 27 | 72) | Application summary chart for Kawamoto | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 73) | Application summary chart for Garcia | | _____ | _____ |
| 74) | Guam driver's licenses from arrested persons | | _____ | _____ |
| 75) | Lee's affirmation of handwriting on applications | | _____ | _____ |
| 76) | Laserna's affirmation of handwriting on applications | | _____ | _____ |
| 77) | Untalan's affirmation of handwriting on applications | | _____ | _____ |
| 78) | Kawamoto's affirmation of handwriting on applications | | _____ | _____ |
| 79) | Duenas'a affirmation of handwriting on applications | | _____ | _____ |
| 80) | Pangelinan's affirmation of handwriting on applications | | _____ | _____ |
| 81) | Pangelinan's identification of ITIN letters | | _____ | _____ |
| 82) | Garcia's affirmation of handwriting on applications | | _____ | _____ |
| 83) | ITIN letter given to Sang Ho Kim by Lee on 1/31/05 | | _____ | _____ |
| 84) | ITIN letter given to Jae Hoan Seok by Lee on November 30, 2004 | | _____ | _____ |