**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-08-00004   DATE: June 09, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber   Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos   Electronically Recorded:   9:02:47 - 10:42:23
                  Virginia T. Kilgore                            10:54:38 - 11:50:30
                                                                  1:29:05 -  4:40:40

**APPEARANCES:**

Defendant: Eun Young Lee   Attorney: Richard Arens
           Marcelino Laserna            Mark Smith
           John Duenas                  Cynthia Ecube
           Mary Garcia                  Leilani Lujan
           Joseph Pangelinan            Louie Yanza
           Francisco Kawamoto           Stephanie Flores
           Margaret Untalan             Rawlen Mantanona

☑Present ☐Custody ☐Bond ☐P.R.   ☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson   U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:   Language:

**PROCEEDINGS: Jury Trial - Day 1**
- Jury empaneled and sworn.
- Opening statements by the plaintiff and defendant.
- Witness sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: June 10, 2008 at 9:00 a.m.

NOTES:

Juror No. 2 excused and replaced by Alternate Juror No. 1.  Juror No. 7 excused and replaced by Alternate Juror No. 2.

# UNITED STATES DISTRICT COURT

DISTRICT OF            GUAM

**United States of America**

V.

**EUN YOUNG LEE,**

**EXHIBIT AND WITNESS LIST**

Case Number: CR-08-00004

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|
| HEARING DATE (S)<br>JUNE 9, 2008 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 6/9/08 - Day 1 - Commence trial; opening instructions; reading of indictment; opening statements given |
|  |  |  |  |  |  | 1:34:00 - **Frank Blaz** called and sworn |
|  |  |  |  |  |  | DX by Ms. Johnson |
|  | 1 |  | 6/9/08 | 6/9/08 | 6/9/08 | 1:56:50 - Exhibit 1 pages 1-24 offered and admitted |
|  |  |  | 6/9/08 |  |  | 2:24:30 - Exhibits 9, 10, 17-67 offered by Government; Objections made. |
|  |  |  |  |  |  | 2:25:15 - CX by Ms.Lujan - Exhibits 63, 64, 65, 66, 67 |
|  |  |  |  |  |  | 2:32:00 - Re-DX by Ms. Johnson |
|  |  |  |  |  |  | 2:39:04 - Re-CX by Ms. Lujan |
|  |  |  |  |  |  | 2:40:55 - CX by Mr. Mantanona - Exhibits 48, 49, 50, 51 |
|  |  |  |  |  |  | 2:45:00 - Re-DX by Ms. Johnson - Exhibits 46, 47-51 |
|  |  |  |  |  |  | 2:46:57 - Re-CX by Mr. Mantanona - Exhibits 49, 50, 51 |
|  |  |  |  |  |  | 2:47:41 - Jurors excused - 15 minutes recess |
|  |  |  |  |  |  | 2:54:15 - Re-CX by Ms. Lujan - |
|  |  |  |  |  |  | 3:02:05 - 5 minute recess |
|  |  |  |  |  |  | 3:15:59 - Court resumes session |
|  |  |  |  |  |  | 3:21:02 - Jurors excused - 15 minutes recess |
|  |  |  |  |  |  | 3:27:30 - Government withdraws questioning as to copies of exhibits. |
|  |  |  |  |  |  | 3:32:15 - Re-DX by Ms. Johnson |
|  |  |  |  |  |  | 3:33:00 - Originals of exhibits 9, 10 and 17 to 67 offered. |
|  |  |  |  |  |  | 3:33:09 - CX by Mr. Yanza |
|  |  |  |  |  |  | 3:40:45 - Government renews offer of exhibits |
|  |  |  |  |  |  | 3:41:17 - Re-CX by Ms. Lujan |
|  |  |  |  |  |  | 3:52:00 - Re-DX by Ms. Johnson |
|  |  |  |  |  |  | 3:56:41 - Renew offer of original Exhibits 9, 10 and 17 to 67 |
|  |  |  |  |  |  | 356:55 - CX by Ms. Flores |
|  |  |  |  |  |  | 4:13:07 - Government renews offer of Exhibits 9, 10 and 17 through 67 |
|  |  |  |  |  |  | 4:14:38 - CX by Ms. Ecube |
|  |  |  |  |  |  | 4:31:39 - Jurors excused for the day |
|  |  |  |  |  |  | 4:39:52 - Witness excused for the day; request to to reconvene 6/10/2008 at 9:00 a.m. |
|  |  |  |  |  |  | 4:40:40 - End day 1 |