# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

| | |
|---|---|
| CASE NO.: CR-08-00004 | DATE: June 10, 2008 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 9:05:31 - 11:04:55 |
| | 11:22:58 - 12:00:00 |
| | 1:24:54 - 3:00:56 |
| | 3:21:12 - 4:23:40 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Eun Young Lee | Attorney: Richard Arens |
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☑ Retained ☑ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: K. Klocke, FBI |
| U.S. Probation: None Present | |
| Interpreter: | Language: |

**PROCEEDINGS: Jury Trial - Day 2**

- Continiued examination of witness; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Jurors reminded of instructions not to read articles, watch news reports or discuss the case.
- Jurors instructed to report back on: <u>June 11, 2008 at 8:45 a.m.</u>
- Jury Trial (Day 3) continued to: <u>June 11, 2008 at 9:00 a.m.</u>

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| **EUN YOUNG LEE,** | Case Number: **CR-08-00004** |

| PRESIDING JUDGE<br>**FRANCES M. TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
|---|---|---|
| HEARING DATE (S)<br>**JUNE 9, 10, 2008** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**CARMEN B. SANTOS** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 6/9/08 - Day 1 - Commence trial; opening instructions; reading of indictment; opening statements given |
| | | | | | | 1:34:00 - **Frank Blaz** called and sworn |
| | | | | | | DX by Ms. Johnson |
| | 1 | | 6/9/08 | 6/9/08 | 6/9/08 | 1:56:50 - Exhibit 1 pages 1-24 offered and admitted |
| | | | 6/9/08 | | | 2:24:30 - Exhibits 9, 10, 17-67 offered by Government; Objections made. |
| | | | | | | 2:25:15 - CX by Ms.Lujan - Exhibits 63, 64, 65, 66, 67 |
| | | | | | | 2:32:00 - Re-DX by Ms. Johnson |
| | | | | | | 2:39:04 - Re-CX by Ms. Lujan |
| | | | | | | 2:40:55 - CX by Mr. Mantanona - Exhibits 48, 49, 50, 51 |
| | | | | | | 2:45:00 - Re-DX by Ms. Johnson - Exhibits 46, 47-51 |
| | | | | | | 2:46:57 - Re-CX by Mr. Mantanona - Exhibits 49, 50, 51 |
| | | | | | | 2:47:41 - Jurors excused - 15 minutes recess |
| | | | | | | 2:54:15 - Re-CX by Ms. Lujan - |
| | | | | | | 3:02:05 - 5 minute recess |
| | | | | | | 3:15:59 - Court resumes session |
| | | | | | | 3:21:02 - Jurors excused - 15 minutes recess |
| | | | | | | 3:27:30 - Government withdraws questioning as to copies of exhibits. |
| | | | | | | 3:32:15 - Re-DX by Ms. Johnson |
| | | | | | | 3:33:00 - Originals of exhibits 9, 10 and 17 to 67 offered. |
| | | | | | | 3:33:09 - CX by Mr. Yanza |
| | | | | | | 3:40:45 - Government renews offer of exhibits |
| | | | | | | 3:41:17 - Re-CX by Ms. Lujan |
| | | | | | | 3:52:00 - Re-DX by Ms. Johnson |
| | | | | | | 3:56:41 - Renew offer of original Exhibits 9, 10 and 17 to 67 |
| | | | | | | 356:55 - CX by Ms. Flores |
| | | | | | | 4:13:07 - Government renews offer of Exhibits 9, 10 and 17 through 67 |
| | | | | | | 4:14:38 - CX by Ms. Ecube |
| | | | | | | 4:31:39 - Jurors excused for the day |
| | | | | | | 4:39:52 - Witness excused for the day; request to reconvene 6/10/2008 at 9:00 a.m. |
| | | | | | | 4:40:40 - End Day 1 |
| | | | | | | 9:05:31 - Begin Day 2 - June 10, 2008 |
| | | | | | | 9:10  - Witness **Frank Blaz** seated |

Page -1-

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 2008 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 9:12 - Continued CX by Ms. Ecube | |
| | | | | | | 9:27 - CX by Mr. Smith | |
| | | | | | | 10:31:00 - Re-DX by Ms. Johnson | |
| | | | | | | 10:33:41 - Jurors excused - 15 minutes recess | |
| | | | | | | 11:04:55 - Court recess | |
| | | | | | | 11:23:05 - Jurors excused - lunch break - return by 1:15 p.m. | |
| | | | | | | 11:37:59 - Re-CX by Ms. Lujan | |
| | | | | | | 12:00:00 - 1:24:56 - Lunch Recess | |
| | 9-10 | | 6/9/08 | 6/9/08 | 6/10/08 | 1:30 - Exhibits 9, 10 | |
| | 17 - 67 | | 6/9/08 | 6/9/08 | 6/10/08 | Exhibits 17 through 67 conditionally admitted | |
| | | | | | | 1:41:00 - Jurors re-enter | |
| | | | | | | 1:41:15 - **Frank Blaz** seated | |
| | | | | | | 1:58:56 - CX by Mr. Mantanona | |
| | 1-1 | | | 6/10/08 | | 11 GCA § 1103 | |
| | 1-2 | | | 6/10/08 | | 11 GCA § 1103 | |
| | 1-3 | | | 6/10/08 | | 11 GCA § 1104 | |
| | 1-4 | | | 6/10/08 | | 11 GCA § 1106 | |
| | 1-5 | | | 6/10/08 | | 11 GCA § 1107 | |
| | 1-6 to 1-13 | | | 6/10/08 | | 11 GCA § 3101 | |
| | 1-14 | | | 6/10/08 | | 12/27/89 Memorandum from Director's Assistant Joaquin L.G. Diego | |
| | 1-15 to 1-19 | | | 6/10/08 | | 12/5/89 Attorney General Opinion | |
| | 1-20 | | | 6/10/08 | | 6/2/97 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores | |
| | 1-21 | | | 6/10/08 | | 2/5/99 Memorandum from Department of Revenue and Taxation, Director | |
| | 1-22 | | | 6/10/08 | | 10/31/02 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores | |
| | 1-23 | | | 6/10/08 | | 7/16/04 Memorandum from Department of Revenue and Taxation | |
| | | U-P | 6/10/08 | 6/10/08 | 6/10/08 | Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered and admitted without objection | |
| | | U-P 156 | | 6/10/08 | | page 156 - 10/31/02 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores | |
| | | U-P 159 | | 6/10/08 | | page 159 - 11/7/02 Acknowledge Receipt | |
| | | U-P 248 | | 6/10/08 | | Internal Revenue Service Individual Taxpayer Identification Notice | |
| | | U-P 246-247 | | 6/10/08 | | Printout of Internal Revenue Service webpage regarding Individual Taxpayer Identification Number | |
| | | | | | | 2:57:05 - Jurors excused | |
| | | | | | | 3:00:00 - 3:21:12 - Afternoon break | |
| | | | | | | 3:22:05 - Jurors seated | |
| | | | | | | 3:22:15 - Continued CX by Mr. Mantanona | |
| | 9-1 | | | 6/10/08 | | Application for Guam Driver's License | |
| | | U-M | 6/10/08 | 6/10/08 | 6/10/08 | Driver's License Examiner I - offered and admitted without objection | |
| | | U-N | 6/10/08 | 6/10/08 | 6/10/08 | Driver's License Examiner II - offered and admitted without objection | |

Page -2-

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 2008 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  |  | U-O | 6/10/08 | 6/10/08 |  | Driver's License Examiner III - offered and admitted without objection | |
|  |  |  |  |  |  | 3:41:39 - CX by Ms. Flores | |
|  | 9-1 |  |  | 6/10/08 |  | Application for Guam Driver's License | |
|  |  |  |  |  |  | 3:55:00 - CX by Mr. Yanza | |
|  | 9-1 |  |  | 6/10/08 |  | Application for Guam Driver's License | |
|  | 10 |  |  | 6/10/08 |  | Application for Guam Driver's License | |
|  |  | M | 6/10/08 | 6/10/08 | 6/10/08 | Computer Printout - offered and admitted without objection | |
|  |  | M898 |  | 6/10/08 |  | computer printout | |
|  |  | M899 |  | 6/10/08 |  | computer printout | |
|  |  | M900 |  | 6/10/08 |  | computer printout | |
|  |  | M901 |  | 6/10/08 |  | computer printout | |
|  |  | M902 |  | 6/10/08 |  | computer printout | |
|  |  |  |  |  |  | 4:22:30 - jurors excused for the day | |
|  |  |  |  |  |  | 4:23:40 - End Day 2 | |

Page -3-