1   EYLee

2   LEONARDO M. RAPADAS
United States Attorney
3   KARON V. JOHNSON
Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5   Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
6   Telecopier: (671) 472-7334
Attorneys for the United States of America

7

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. _08-00004_ |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **UNITED STATE AMENDED** |
| | ) **EXHIBIT 14** |
| EUN YOUNG LEE, | ) |
|    aka Eun Young Cho, | ) |
|    aka Ina Lee, | ) |
| MARCELINO J. LASERNA, | ) |
| JOHN W.C. DUENAS, | ) |
| MARY C. GARCIA, | ) |
| JOSEPH PANGELINAN, | ) |
| FRANCISCO SN KAWAMOTO, and | ) |
| MARGARET B. UNTALAN, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

20       The United States hereby files with this Honorable Court an amended Exhibit 14.

21       Respectfully submitted this _18th_ day of June, 2008.

22                            LEONARDO M. RAPADAS
United States Attorney
23                            Districts of Guam and CNMI

24

25           By:    _/s/ Karon V. Johnson_____
KARON V. JOHNSON
26                         Assistant U.S. Attorney

27

28