LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EUN YOUNG LEE ) <br> a/k/a Eun Young Cho a/k/a Ina Lee, ) <br> MARCELINO J. LASERNA, ) <br> JOHN W.C. DENAS, ) <br> MARY C. GARCIA, ) <br> JOSEPH PANGELINAN, ) <br> FRANCISCO SN KAWAMOTO, and ) <br> MARGARET B. UNTALAN, ) <br> ) <br> Defendants. ) <br> ) | CRIMINAL CASE NO. 08-00004 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 19, 2008, I electronically filed United State's Amended Exhibit 14 with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 19, 2008, I caused to be served via U.S. Mail and/or hand delivery, a copy of the aforementioned document to the following non-registered participants:

        Leilani V. Lujan, Esq.
        Lujan, Aguigui & Perez LLP
        Suite 300, Pacific News Bldg.
        238 Archbishop Flores Street
        Hagatna, GU 96910

| | |
|---|---|
| 1 | Mark S. Smith, Esq.<br>The Law Offices of Mark S. Smith |
| 2 | 456 W. O'Brien Drive<br>Suite 102-D |
| 3 | Hagatna, GU 96910 |

```
                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the CNMI


                       By:    /s/ Karon V. Johnson
                              KARON V. JOHNSON
                              Assistant U.S. Attorney
```