Rev. 5-10-2007   United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

Read Instructions on Back   (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| # | Field | Value |
|---|---|---|
| 1 | NAME | STEPHANIE G. FLORES |
| 2 | PHONE NUMBER | 479 1003 |
| 3 | DATE | 20 JUNE 08 |
| 4 | MAILING ADDRESS | 324 W. SOLEDAD AVE, SUITE 202 |
| 5 | CITY | HAGÅTÑA |
| 6 | STATE | GU |
| 7 | ZIP CODE | 96910 |
| 8 | CASE NUMBER | CR00004-08 |
| 9 | CASE NAME | USA v. KAWAMOTO |
| 10 | FROM | 16 JUNE 08 |
| 11 | TO | 20 JUNE 08 |
| 12 | PRESIDING JUDICIAL OFFICIAL | CHIEF JUDGE FRANCES TYDINGCO-GATEWOOD |
| 13 | CITY | HAGÅTÑA |
| 14 | STATE | GU |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [x] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**16. CD REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | F. PRINCE 16 JUNE 08 |
| [ ] OPENING STATEMENT (Plaintiff) | | | C. SAN AGUSTINE |
| [ ] OPENING STATEMENT (Defendant) | | | FERGUSON |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | M. PARK |
| [ ] CLOSING ARGUMENT (Defendant) | | | W. KUNE |
| [ ] OPINION OF COURT | | | K. KLOCKE |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | YANG |
| [ ] SENTENCING | | | IRELAND |
| [ ] BAIL HEARING | | | ALL ARGUMENTS 16 JUNE TO 20 JUNE 2008 |

**17. ORDER**

- [ ] FTR Gold Format. Free player software included on CD.
- [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [x] MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

Media: [x] CD   [ ] DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| 3 | 1 | |

FILED DISTRICT COURT OF GUAM   JUN 24 2008   JEANNE G. QUINATA Clerk of Court

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| [signature] | 20 JUNE 08 |

PROCESSED BY B.M. Nangata 6-24-08   PHONE NUMBER

| ORDER RECEIVED | DATE 6-24-08 | BY BD | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| CD/DVD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 6/24/08 | | TOTAL REFUNDED | |
| PARTY RECEIVED CD/DVD | 24 June | | TOTAL DUE | |

# INSTRUCTIONS
## GENERAL

**Use.** Use this form to order duplicate CD/DVDs of proceedings. Complete a separate order form for each case number for which CD/DVDs are ordered.

**Completion.** Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Mailing or Delivering to the Court.** Mail or deliver two copies to the Office of the Clerk of Court.

**Deposit Fee.** For orders of 20 or more CD/DVDs, the court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** The delivery time is computed from the date of receipt of the deposit fee (if requested, otherwise computed from the court's receipt date), and is normally the next business day for orders requiring only one CD/DVD.

**Completion of Order.** The court will notify you when the CD/DVDs are completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.

Item 8.   Only one case number may be listed per order.

Item 15.   Place an "X" in each box that applies.

Item 16.   Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested.

Item 17.   Place an "X" in each box that applies. Indicate the number of additional copies ordered.

Item 18.   Sign in this space to certify that you will pay all charges upon completion of the order. (This includes the deposit plus any additional charges.)

Item 19.   Enter the date of signing.

Shaded Area. Reserved for the court's use.



RECEIVED
JUN 20 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM