

EYLee.

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 25 2008 RD.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES SUBMISSION OF AMENDED EXHIBIT 14 AND SUMMARY EXHIBITS 68-73** |
| EUN YOUNG LEE, ) aka Eun Young Cho, ) aka Ina Lee, ) MARCELINO J. LASERNA, ) JOHN W.C. DUENAS, ) MARY C. GARCIA, ) JOSEPH PANGELINAN, ) FRANCISCO SN KAWAMOTO, and ) MARGARET B. UNTALAN, ) | |
| Defendants. ) | |

In the interest of clarity, the United States is submitting Exhibit 14, redacted as the court ordered, and the breakout summaries by defendant, Exhibits 68-73, with the same redactions.

Respectfully submitted this 25th day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 14) | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license | _____ | _____ |
| 68) | Application summary chart for Laserna | _____ | _____ |
| 69) | Application summary chart for Pangelinan | _____ | _____ |
| 70) | Application summary chart for Untalan | _____ | _____ |
| 71) | Application summary chart for Duenas | _____ | _____ |
| 72) | Application summary chart for Kawamoto | _____ | _____ |
| 73) | Application summary chart for Garcia | _____ | _____ |