```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  KARON V. JOHNSON
    Assistant U.S. Attorney
 3  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 4  Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
 5  FAX:  (671) 472-7215

 6  Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on June 30, 2008, I electronically filed the following document: United States Response to Proposed Jury Instructions with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 30, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Mark Smith
Suite 102-D
456 West O'Brien Drive
Hagatna, Guam 96910

Leilani Lujan
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By:   /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney