LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUL 0 1 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUN YOUNG LEE,<br>   aka Eun Young Cho,<br>   aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN,<br><br>Defendants. | CRIMINAL CASE NO. 08-00004<br><br>STIPULATION OF PARTIES<br>CONCERNING TESTIMONY<br>OF SPECIAL AGENT<br>RICHARD FLORES |

The parties in the above-entitled case make the following stipulation concerning the Korean licensees named in Government Exhibit 4:

1) all of the licensees were Korean nationals;

2) one of the licensees had a student visa;

3) six of the licensees had B2 visas for business/pleasure; and

4) the rest of the licensees had entered the United States on the Guam Tourist Visa Waiver Program.

SO STIPULATED.

1

| | |
|---|---|
| DATED: 7/1/08 | *(signature)* <br> RICHARD ARENS <br> Attorney for Eun Young Lee |
| DATED: 7/1/08 | *(signature)* <br> LOUIE YANZA <br> Attorney for Joseph Pangelinan |
| DATED: 7/1/08 | *(signature)* <br> RAWLEN MT MANTANONA <br> Attorney for Margaret Untalan |
| DATED: 7/1/08 | *(signature)* <br> CYNTHIA ECUBE <br> Attorney for John Duenas |
| DATED: 7/1/08 | *(signature)* <br> MARK SMITH <br> Attorney for Marcelino Laserna |
| DATED: 7/1/08 | *(signature)* <br> LEILANI LUJAN <br> Attorney for Mary Garcia |
| DATED: 1 July 08 | *(signature)* <br> STEPHANIE FLORES <br> Attorney for Francisco Kawamoto |
| | LEONARDO M. RAPADAS <br> United States Attorney <br> Districts of Guam and NMI |
| DATED: 7/1/08 | By: *(signature)* <br> KARON V. JOHNSON <br> Assistant U.S. Attorney |