**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

| | |
|---|---|
| CASE NO.: CR-08-00004 | DATE: JUNE 30, 2008 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Sara Weber/KimWalmsley | Court Reporter: Virginia T. Kilgore/Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 8:36:17 - 10:08:14 |
| | 1:31:40 - 2:32:57 |
| | 2:48:55 - 5:17:06 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Eun Young Lee | Attorney: Richard Arens |
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☑ Retained ☑ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: K. Klocke, FBI |
| U.S. Probation: None Present | |
| Interpreter: | Language: |

**PROCEEDINGS: Jury Trial - Day 16**

- Allegations of violation of the 13th Amendment, the Court finds no violation - - objection overruled.
- Brady Material as an impeachment issue - court finds that the Government is in violation as to 6 defendants but not as to defendant Lee.
- Motion to strike testimony - The Court issued a warning to the Government re rights of witness to representation; admonished counsel to turn over evidence; and denied motion to strike testimony.
- Motion for Judgment of Acquittal - denied.
- Discussions held re admitted exhibits, jury instructions and verdit forms.
- Jury Trial (Day 17) continued to: <u>July 1, 2008 at 8:30 AM</u>

NOTES: