|   |   |   |
|---|---|---|
| 1 | DISTRICT COURT OF GUAM | **RECEIVED** |
| 2 | TERRITORY OF GUAM | JUL 7 2008 |
| 3 | | |
| 4 | UNITED STATES OF AMERICA, | CHIEF JUDGE'S CHAMBERS DISTRICT COURT OF GUAM |
| 5 | Plaintiff, | |
|   | vs. | |
| 6 | | CRIMINAL CASE NO. 08-00004 |
| 7 | Eun Young Lee, Marcelino J. Laserna, John W.C. Duenas, Mary C. Garcia, Joseph Pangelinan, Francisco SN Kawamoto and Margaret B. Untalan, | JURY NOTE |
| 10 | Defendants. | |

We the Jury: have reached a verdict and ready to return to the courtroom.

**FILED**
DISTRICT COURT OF GUAM
JUL 0 7 2008
JEANNE G. QUINATA
Clerk of Court

_____REDACTED_____
Foreperson

Date and Time Written: 7/7/08  1345
Date and Time Received by Court: 7/7/08  1350
Date and Time Answered by Court: 7/7/08  1416

Dear Jurors,
 We are calling all of the attorneys and defendants. We will be with you shortly.
 Si yuus maase,
 Chief Judge Frances Tydingco-Gatewood

Case 1:08-cr-00004   Document 312   Filed 07/07/2008   Page 1 of 1