**FILED**
DISTRICT COURT OF GUAM

JUL 0 7 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANCISCO SN KAWAMOTO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 08-00004-06 <br><br><br> VERDICT FORM |

## COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO SN KAWAMOTO:

/ ✓ /    NOT GUILTY

/   /    GUILTY

## COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO SN KAWAMOTO:

/ ✓ /    NOT GUILTY

/   /    GUILTY

## COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO SN KAWAMOTO:

/ ✓ /    NOT GUILTY

/   /    GUILTY

DATED this 7th of July, 2008, at Hagåtña, Guam.